# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

SAM J. POWERS,

    Plaintiff,

VS.

MICHAEL J. ASTRUE[1]

    Defendant.

CIVIL ACTION FILE
NO. 3:06-CV-72 (CDL)

## RECOMMENDATION OF REMAND

The Commissioner has moved for voluntary remand of this claim for further administrative proceedings. If this recommendation is adopted and made the order of the court by the United States District Judge to whom this case has been assigned, upon receipt of the Court's Order the Appeals Counsel will attempt to locate the missing hearing recording. If the recording cannot be located within a reasonable time, the Appeals Counsel will remand the case for a de novo hearing.

It is therefore the RECOMMENDATION of the undersigned that this matter be remanded to the Commissioner for further proceedings pursuant to Sentence Six of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Clay D. Land, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED,** this 5th day of November 2007.

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE