IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

SAM J. POWERS,  *

    Plaintiff  *

        CASE NO. 3:06-CV-72 (CDL)

vs.  *

Michael J. Astrue, Commissioner  *
of Social Security

   *

    Defendant

   *

## ORDER ON RECOMMENDATION TO REMAND

After a *de novo* review of the record in this case, the Recommendation of Remand by the United States Magistrate Judge filed November 5, 2006, has been read and considered and is hereby approved, adopted, and made the Order of the Court. Accordingly, this case is remanded to the Commissioner for further administrative action consistent with the Recommendation of Remand by the Magistrate Judge.

IT IS SO ORDERED, this 16th day of January, 2008.

                          S/Clay D. Land
                            CLAY D. LAND
               UNITED STATES DISTRICT JUDGE