```
                  IN THE UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF GEORGIA
                            ATHENS DIVISION
```

SAM J. POWERS,                           *

       Plaintiff                 *

vs.                                      *
                                                  CASE NO. 3:06-CV-72 (CDL)
MICHAEL J. ASTRUE, Commissioner          *
of Social Security,
                                          *

       Defendant
_____          *

## O R D E R

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on January 7, 2009, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 3rd day of February, 2009.

                                                              S/Clay D. Land
                                                                CLAY D. LAND
                                                     UNITED STATES DISTRICT JUDGE